157 A.3d 478

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Akaninyene Efiong AKAN, Petitioner**

**No. 193 WAL 2016**

Supreme Court of Pennsylvania.

September 13, 2016

530

## ORDER

PER CURIAM

**AND NOW**, this 13th day of September, 2016, the Petition for Allowance of Appeal is **DENIED.**